| | |
|---|---|
| 1 | **JOEL A. KAUTH, CA Bar No. 186544** |
| 2 | E-mail: joel.kauth@kppb.com<br>**KAUTH, POMEROY, PECK & BAILEY LLP** |
| 3 | **2400 E. Katella Ave., Suite 1050**<br>**Anaheim, California 92806** |
| 4 | PH:    (949) 852-0000 |
| 5 | FAX:   (949) 852-0004 |
| 6 | Attorney for Plaintiff NQUEUE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NQUEUE, INC.,<br>            Plaintiff,<br>    vs.<br>CONTROL SYSTEMS (USA), INC.,<br>            Defendant. | Case No. 8:12-cv-01365-BRO-RNB<br><br>**[PROPOSED]** **ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER.** |
| CONTROL SYSTEMS (USA), INC.,<br>            Counterclaimant,<br>    vs.<br>NQUEUE, INC.,<br>            Counterdefendant. | |

KAUTH, POMEROY,
PECK & BAILEY LLP

-1-

1    The parties to the above captioned litigation having entered into the [Amended Proposed] Stipulated Protective Order, having filed the Stipulated Protective Order with the Court on June 14, 2013 and good cause being shown therefore, IT IS HEREBY ORDERED that the Stipulated Protective Order is approved in its entirety and made the order of this Court.

DATED: June 20, 2013

**HON. ROBERT N. BLOCK**
**UNITED STATES MAGISTRATE JUDGE**

KAUTH, POMEROY,
PECK & BAILEY LLP

-2-